# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD J. ROBINSON,
Appellant,
vs.
STEVEN A. HOTCHKISS,
Respondent.

No. 81838

FILED

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court judgment regarding damages and attorney fees. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because several claims and possibly cross-claims remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). In response, appellant's counsel indicates that this appeal contains "multiple jurisdictional defects" and states that he consents to the dismissal of the appeal. Accordingly, it appears that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1). As no other statute or court rule appears to allow an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider

21-13463

appeals authorized by statute or court rule"), it appears that this court lacks jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:     Hon. Cristina D. Silva, District Judge
        Persi J. Mishel, Settlement Judge
        Bohn & Trippiedi
        The Law Offices of David Liebrader, APC
        Eighth District Court Clerk